UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MANUEL CABADAS, | ) | CASE NO. CV 12-5798-DSF (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| WARDEN WASHINGTON-ADUCCI, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order filed herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 9/4/12.

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Cabadas Judgment.wpd